UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: HASTINGS, DONALD P. | § | Case No. 08-27919 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/14/2011     By: /s/ Michael G. Berland
                                                                  Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: HASTINGS, DONALD P. | § Case No. 08-27919 |
| | § |
| | § |
| Debtor(s) | § |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,008.65 |
| *and approved disbursements of* | $ 18,623.83 |
| *leaving a balance on hand of* [1] | $ 16,384.82 |
| **Balance on hand:** | $ 16,384.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,384.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,612.35 | 0.00 | 2,612.35 |
| Trustee, Expenses - MICHAEL G. BERLAND | 53.98 | 0.00 | 53.98 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,666.33 |
| Remaining balance: | $ 13,718.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,718.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,718.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,150.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Recovery Management Systems Corporation | 4,708.87 | 0.00 | 1,262.91 |
| 3 | Discover Bank/DFS Services LLC | 7,220.58 | 0.00 | 1,936.55 |
| 4 | Recovery Management Systems Corporation | 1,228.53 | 0.00 | 329.49 |
| 5 | DuPage Credit Union | 8,644.36 | 0.00 | 2,318.40 |
| 6 | Fifth Third Bank Elt Efct/Glelsi | 16,554.19 | 0.00 | 4,439.81 |
| 7 | LVNV Funding LLC | 2,955.42 | 0.00 | 792.64 |
| 8 | LVNV Funding LLC | 3,227.89 | 0.00 | 865.72 |
| 10 | DuPage Credit Union | 6,610.19 | 0.00 | 1,772.84 |

Total to be paid for timely general unsecured claims: $ 13,718.36
Remaining balance: $ 0.13

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.13

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.13

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                  Case No. 08-27919-BWB
Donald P. Hastings                                                      Chapter 7
      Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal              Page 1 of 2                  Date Rcvd: Jun 15, 2011
                               Form ID: pdf006             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2011.
db           +Donald P. Hastings,    310 Morgan St.,   Yorkville, IL 60560-1461
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Michael G Berland,    1 N LaSalle St,  No.1775,    Chicago, IL 60602-4065
12724887     +ACS/CLC College Loan,    501 Bleecker St,   Utica, NY 13501-2401
12724892     +AT&T Corp.,   C/O NCO Financial Systems Inc,    PO Box 4907,    Trenton, NJ 08650-4907
12724893      AT&T Service,    P.O. Box 9001309,   Louisville, KY 40290-1309
12724888     +American Express,    C/O Becket and Lee,   P.O. Box 3001,   Malvern, PA 19355-0701
12724889      American Express,    PO Box 297871,  Fort Lauderdale, FL 33329-7871
12724891      Arrow Financial Services LLC,    Corporate Receivables Inc,    PO Box 32995,
               Phoenix, AZ 85064-2995
12724890     +Arrow Financial Services LLC,    5996 W Touhy Ave,   Niles, IL 60714-4610
12724894     +Bank of America,    NC4-105-03-14,   4161 Piedmont Pkwy,  Greensboro, NC 27410-8110
12724895    ++CAPITAL ONE,    PO BOX 30285,  SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    C/O TSYS Debt Management,   PO Box 5155,
               Norcross, GA 30091)
12724898     +CBE Group,   Attn Bankruptcy,    PO Box 900,   Waterloo, IA 50704-0900
12724896      Capital One,    P O Box 30285,   Salt Lake City, UT 84130-0285
12724897      Capital One Mastercard,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
12724899     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12724900     +Chase/BP,   Attn Bankruptcy Dept,    PO Box 100018,   Kennesaw, GA 30156-9204
12724901      Chase/BP,   Cardmember Service,    PO Box 15289,   Wilmington, DE 19850-5289
12724902     +Corporate Receivables Inc.,    Dept 087,   PO Box 4115,   Concord, CA 94524-4115
12724903     +Credit Recovery,    716 Columbus St,  Ottawa, IL 61350-5002
12724910     +DSNB Macy’s,    Attn Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
12724904     +David Hastings,    4101 Sheridan Rd #3N,   Chicago, IL 60613-2023
12724905     +Discover Financial Services,    c/o FMA Alliance Ltd,  11811 N Freeway Ste 900,
               Houston, TX 77060-3292
12724908      Dreyer Medical Clinic,    PO Box 2091,  Aurora, IL 60507-2091
12724909     +Dreyer Medical Clinic,    1870 W. Galena Blvd.,   Aurora, IL 60506-4387
12724914     +DuPage Credit Union,    P.O. Box 30495,   Tampa, FL 33630-3495
12724913     +DuPage Credit Union,    c/o Freedman Anselmo Lindberg et al,   PO Box 3228,
               Naperville, IL 60566-3228
12724911     +DuPage Credit Union,    P O Box 3930,   Naperville, IL 60567-3930
13076003     +DuPage Credit Union,    Freedman, Anselmo, Lindberg & Rappe LLC,   PO Box 3216,
               Naperville, IL 60566-7216
12724916    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court: Ford Credit,    National Bankruptcy Service Ctr,   P.O. Box 537901,
               Livonia, MI 48153-7901)
12724915     +Fifth Third Bank,    2401 International Ln,   Madison, WI 53704-3121
12833844     +Fifth Third Bank Elt Efct/Glelsi,    c/o Great Lakes Higher Education,   Guarantee Corp,
               POB 7858,   Madison, WI 53707-7858
12724917     +Ford Motor Credit - NBSC,    17197 N. Laurel Park Dr.,   Suite 402,  Livonia, MI 48152-7910
12724921     +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
12724920     +Home Depot Credit Services,    P.O. Box 689100,   Des Moines, IA 50368-9100
12724924      Macy’s,   PO Box 689195,    Des Moines, IA 50368-9195
12724925     +Mary Jane Hastings,    310 Morgan St,   Yorkville, IL 60560-1461
12724927     +Medical Payment Data,    C/O Credit Recovery, Inc.,  P.O. Box 916,   Ottawa, IL 61350-0916
12724928      Rush Copley CV/Thoracic Surg,    PO Box 2091,   Aurora, IL 60507-2091
12724929      Rush Copley Medical Center,    PO Box 352,   Aurora, IL 60507-0352
12724930     +Rush-Copley,   Patient Financial Services,    2000 Ogden Avenue,   Aurora, IL 60504-7222
12724931     +Rush-Copley Patient Financial Srv,    PO Box 129,   Lombard, IL 60148-0129
12724935     +Target National Bank,    PO Box 9475,   Minneapolis, MN 55440-9475
12724934     +Target National Bank,    c/o Diane Nauer, Meyer & Njus PA,   134 N LaSalle St Ste 1840,
               Chicago, IL 60602-1100
12724936     +WFFinancial,   1 International Plaza,    Philadelphia, PA 19113-1510
12724937     +Willman & Groesch General Contracto,    28 Laurel Court,  Yorkville, IL 60560-9445
12724938      Yorkville Ace & Radio Shack,    9620 Route 34,   Yorkville, IL 60560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12724906      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34     Discover Financial Services,
               P.O. Box 15316,   Wilmington, DE 19850
12948597      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34
               Discover Bank/DFS Services LLC,    PO Box 3025,  New Albany OH 43054-3025
12724907     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34     Discover Financial Services,
               Attn Bankruptcy Dept,    PO Box 3025,   New Albany, OH 43054-3025
12724918     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22     GEMB/JC Penney,
               Attn Bankruptcy Dept,    PO Box 103106,   Roswell, GA 30076-9106
12724919     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22     GEMB/Walmart,   Attn Bankruptcy,
               PO Box 103106,    Roswell, GA 30076-9106
12724922      E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22     JC Penney,   P.O. Box 960001,
               Orlando, FL 32896-0001
```

```
District/off: 0752-1              User: corrinal              Page 2 of 2                Date Rcvd: Jun 15, 2011
                                  Form ID: pdf006             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12724923      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 15 2011 23:26:51
               LVNV Funding - Resurgent Capital Sv,   Attn Bankruptcy Dept,   PO Box 10587,
               Greenville, SC 29603-0587
13466647       E-mail/Text: resurgentbknotifications@resurgent.com Jun 15 2011 23:26:51       LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12724926      +E-mail/Text: tjordan@mcscol.com Jun 15 2011 23:28:14     Medical Collections Systems, Inc,
               725 S. Wells St., Ste 700,   Chicago, IL 60607-4578
13000256      +E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 00:01:23
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12919438      +E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2011 00:01:23
               Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of MENARDS,
               25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
12724932       E-mail/PDF: pa_dc_claims@salliemae.com Jun 16 2011 00:01:41     Sallie Mae Servicing Corporation,
               P.O. Box 9500,   Wilkes Barre, PA 18773-9500
12724933       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22     Sam's Club,   P.O. Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12724912*     DuPage Credit Union,   PO Box 3930,   Naperville, IL 60567-3930
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**                           **Signature:** _Joseph Speetjens_